AUG 17 2026 PM4:34 FILED - USDC - FLMD - TPA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA, FLORIDA**

**Irene J. Pridgen, individually and any others similarly situated,**

**Plaintiff(s)**

**CASE NO:** 8:26-cv-2408-TPB-GDP

**v.**

**Melisa Manganelli, individually, and not in her capacity as counsel and Earl S Anderson,**

**Defendant(s)**

_________________________________/

**COMPLAINT FOR A CIVIL CASE**
**(Statutory Elder Exploitation, Fraudulent Land Records, Identity Theft, & FDCPA Violations)**

## I. PARTIES TO THIS CASE

**A. Plaintiff Information**
**Minister Irene Pridgen**
**St.Petersbug, FL 33712**
**(727)642-3499**
**Irenepridgen@gmil.com**

**[ X ] Plaintiff is an individual over the age of 60 residing in Pinellas County, Florida.**

**B. Defendant's Information**
**Melisa Manganelli, individually, not her capacity as counsel**



NP

**1900 NW Corporate B1vd #305W**
**Boca Raton, FL 33431**
**(561) 826-1170**
**mmanganelli@mls-pa.com**

**and**

**Earl S Anderson,**
**5379 S Cathay CT**
**Centennial, CO 80015**

**BASIS FOR JURISDICTION**

**[ X ] Federal Question Jurisdiction (28 U.S.C. § 1331)**

**This action a**

**This Court exercises supplemental jurisdiction over Plaintiff's related Florida statutory claims because they derive from a common nucleus of operative fact.**

**Venue: Proper in the Middle District of Florida, Tampa Division, under 28 U.S.C. § 1391(b) because the real property affected is rises under federal law, specifically:**

- **Fair Debt Collection Practices Act (15 U.S.C. § 1692e & § 1692a(6)): Prohibiting false, deceptive, and misleading representations and unauthorized land filings in real estate debt recovery and asset liquidation activities.**
- **18 U.S.C. § 1028 (Civil Basis for Misappropriation of Identifiers): Fraudulent use of personal identifying information in commercial transactions.**

**[ X ] Diversity of Jurisdiction (28 U.S.C. § 1332)**

**located in Pinellas County, Florida, and the operative unlawful acts occurred within this judicial district.**

**III. STATEMENT OF CLAIM / FACTS**

1. **No Representation or Ownership: Plaintiff is a complete non-debtor third party holding zero ownership interest, debt obligations, or connection to the subject real property located a Lot 83, of WESTCHESTER OF COUNTRYSIDE, 2730 Westchester Drive N, Clearwater FL 44761 the $1.3M Property (" Subject Property"), situated 30 miles away from the elderly Plaintiff's homestead exempt residence of 44 years.**
2. **Unlawful 2022 Recordation: On or about August 20, 2022, Plaintiff received a PROPERTY FRAUD ALERT from the the Pinellas County Clerk Of Court & Comptor, P A, After further resesearch it turned out to be, Defendant, Melisa Manganelli, who intentionally executed and recorded in the official Affidavit of Grantor in the Official Records of Pinellas County, Florida, BK:22158 PG: 2525 fraudulently filing into official court registry records, in the Plaintiff's Irene Pridgen name, using private and personal identifying details without knowledge or consent (Exhibit A).**
3. **Prior Auction Context: Third-party investor, Defendant Earl S.Anderson, ouout acquired the Subject Property following a 2021 judicial foreclosure auction with a Certificate of Title (Exhibit B).**
4. **Commercial Operations & Deceptive Intent: Defendant Melisa Manganelli personally signed and submitted the Affidavit of Grantor instrument, paying county recording fees with a check in the amount of $1027.60 containing a court case number written on the memo line. Defendant Melisa Manganelli executed this affidavit to manufacture fake grantor authority, clear title encumbrances, enable rental income collection, and facilitate real estate debt recovery for commercial investors.The $1,300,000 Sale: Defendants Melisa Manganelli and Earl S Anderson utilized**

**these fraudulently executed instruments to satisfy title underwriters and finalize a commercial investment sale for $1,300,000.00 (Exhibit D).**

5. **Timing & Discovery: Plaintiff exercised due diligence and immediately reported the unauthorized filing to authorities upon discovery (Exhibit E).**

## IV. INJURY TO PLAINTIFF

- **Direct Exposure to Tax & Financial Risk: Embedded Plaintiff into a $1,300,000 transaction, exposing Plaintiff to potential tax audits, municipal liens, and credit damage.**
- **Statutory Identity Theft: Exploited Plaintiff's identity for commercial gain without consent.**
- **Out-of-Pocket Burden: Caused actual travel, administrative, and investigative expenses to clear public land records.**
- **Severe Personal Distress: Inflicted extreme fear of financial ruin and severe anxiety upon a senior citizen.**

## V. CAUSES OF ACTION

### COUNT I: CIVIL ELDER EXPLOITATION (Fla. Stat. § 772.11 & § 825.103)

**7. Plaintiff re-alleges Paragraphs 1 through 6 of Section III. 8. Plaintiff is an "elderly person" under Fla. Stat. § 825.101. Defendant exploited Plaintiff's personal identifying information without consent for commercial gain in a $1,300,000 transaction. Entitles Plaintiff to statutory treble damages.**

### COUNT II: FRAUDULENT REAL PROPERTY FILINGS (Fla. Stat. § 817.535)

**9. Plaintiff re-alleges Paragraphs 1 through 6 of Section III. 10. Defendant intentionally recorded a false and unauthorized document into official land records. Under Fla. Stat. § 817.535(8), Plaintiff is entitled to mandatory civil penalties of $2,500 to $10,000 per recorded document.**

**COUNT III: CIVIL IDENTITY THEFT (Fla. Stat. § 817.568)**

**11. Plaintiff re-alleges Paragraphs 1 through 6 of Section III.**
**12. Defendant willfully and without authorization used Plaintiff's personal identifying information to facilitate a commercial transaction exceeding $100,000, directly injuring Plaintiff.**

**COUNT IV: COMMERCIAL IDENTITY MISAPPROPRIATION & UNLAWFUL DEBT/ASSET TRANSACTIONS (15 U.S.C. § 1692e & 18 U.S.C. § 1028)**

**13. Plaintiff re-alleges Paragraphs 1 through 6 of Section III.**
**14. Defendant, Melisa Manganelli is a "debt collector" under 15 U.S.C. § 1692a(6) engaged in real estate debt recovery, title clearance, and foreclosure-related transactions.**
**15. Plaintiff re-alleges Paragraphs 1 through 6 of Section III Defendant Earl S Anderson, is an investor and engages in flipping properties.**
**16. At all times relevant, Plaintiff was a complete non-debtor third party holding zero financial obligations or legal connection to the Subject Property.**
**17. Defendants Manganelli and Anderson violated 15 U.S.C. § 1692e and § 1692e(10) by using false, deceptive, and misleading representations—specifically executing and recording a false Affidavit of Grantor using Plaintiff's name to validate tenant control, collect rental stream monies, clear title encumbrances, and finalize a $1,300,000 commercial sale.**
**18. Pursuant to 15 U.S.C. § 1692k(a), Plaintiff is entitled to**

**statutory damages of $1,000.00, actual damages, and court costs.**

**VI. RELIEF / PRAYER FOR RELIEF**

**WHEREFORE, Plaintiff respectfully requests judgment against Defendant as follows:**

1. **Actual, compensatory, and consequential damages;**
2. **Statutory treble damages pursuant to Fla. Stat. § 772.11;**
3. **Mandatory statutory civil penalties of $2,500 to $10,000 per recorded document pursuant to Fla. Stat. § 817.535(8);**
4. **Statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A);**
5. **An Order declaring the 2022 Affidavit of Grantor VOID *ab initio* and expunging Plaintiff's name from public records;**
6. **Court costs and any further relief deemed just and proper.**

**VII. SIGNATURE AND VERIFICATION**

**Under Federal Rule of Civil Procedure 11, I declare under penalty of perjury that the foregoing is true and correct.**

**Executed this 17th day of August, 2026.**

Minister Irene Pridgen

**Minister Irene Pridgen, Plaintiff Pro Se**
**6000 25th Way South**
**St Petersburg, FL 33712**
**(727) 642-3499**
**irenepridgen@gmail.com**

**Exhibits are as follows:**

1. **Exhibit A: Recorded 2022 Affidavit of Grantor & Check for recording in official court records**
2. **Exhibit B: Proof of 2021 Judicial Auction / Title Records**
3. **Exhibit C: Proof of the $1,300,000 Investor Sale / Deed**
4. **Exhibit D: Identity Theft / Police Reports**
5. **Exhibit E**

# EXHIBIT "A"

Gmail

**Min. Irene Johnson- Pridgen <irenepridgen@gmail.com>**

---

## Property Fraud Alert

1 message

---

**alert@propertyfraudalert.com** <alert@propertyfraudalert.com> Wed, Aug 17, 2022 at 7:47 PM
Reply-To: noreply@fidlar.com
To: irenepridgen@gmail.com

**ALERT: Document filed matches your criteria**

**Dear: Irene pridgen,**

**You are receiving this alert due to your Property Fraud Alert subscription service offered by Ken Burke, Clerk of the Circuit Court and Comptroller in Pinellas County, Florida.**

**A document has recently been recorded in the Pinellas County Clerk's Official Records that matches your name.**

**Please keep in mind that the subscription service only monitors the name you chose to subscribe (business name, maiden name, married name, etc.). As such, if you have a common name, you may get multiple alerts since it doesn't distinguish one name from another.**

**Using the information below, you can easily search the Clerk's online Official Records to see if the alert pertains to you. You can search by Book / Page or you can search by your last name *space* first name.**

**The document information is:**

**Location: Pinellas, FL**
**Book / Page: 22158 2525** ✓
**Document Type: AFFIDAVIT**
**Recorded Date: 08-05-2022**
**Matched Party Name: FRM PRIDGEN IRENE**

**Property fraud is a serious issue and finding ways to protect customers is a top priority. If you suspect you are a victim of property fraud, we urge you to contact law enforcement.**

**If you have any questions or would like more information, please call the Clerk's Recording Services at (727)464-7000.**

**You can also visit www.mypinellasclerk.org**

**If you feel you have received this message in error or you wish to modify your monitor criteria, please contact Property Fraud Alert Customer Service at 1-800-728-3858**

**ALERT ID 133318554**

WELLS FARGO **Transaction Search**

# Print Images

Date/Time Printed: 03/31/2023 12:13 PM PDT

Check 23066 - 1,024.50 USD

**MANDEL MANGANELLI & LEIDER PA**
1900 NW CORPORATE BLVD STE 305W
BOCA RATON, FL 33431

23066

67-1209/670
804

DATE 8/3/22

PAY TO THE ORDER OF Ken Burke, clerk of Courts $ 1,024.50

ONE Thousand Twenty Four with —— 50/100 DOLLARS

Comerica Bank
Comerica Bank
www.comerica.com

FOR CASE #12-012471-CI

[redacted]

FOR DEPOSIT ONLY
KEN BURKE, CLERK OF THE CIRC
COURT AND COMPTROLLER
8/5/2022 9:50:09 AM
ACC # True
PMT TYPE Counter Payment
TENDER AMT $1,024.50

[redacted]

☐ CHECK BOX FOR MOBILE REMOTE DEPOSIT

ENDORSE HERE

x

Item Details

## Deposit Item Details

| | |
|---|---|
| Check Number | 23066 |
| Amount | 1,024.50 USD Debit |
| Account Number | [redacted] |
| Description | Check Deposited |
| Item Sequence Number | [redacted] |
| Bank ID | |

## Deposit Details

| | |
|---|---|
| Account Number | [redacted] |
| Account Name | GENERALCLERK ACCTG |
| Customer Reference | 9525 |
| Amount | 1,897.46 USD Credit |
| Transaction Type | COMMERCIAL DEPOSIT |
| Posting Date | 08/08/2022 |
| As of Date | 08/08/2022 |
| Item Sequence Number | [redacted] |
| Bank ID | |
| BAI Code | |

**Released through date: 10/13/2022 | Released through Instrument Number: 2022302004 | As of 11/6/2022 10:04:57 PM**

**Search Criteria - Name: manganelli , Show Names: Grantor, Name Matching Mode: StartsWith, From Record Date: 1/2/1957, To Record Date: 11/6/2022, Doc Type: AFF LN,AFF PUB,AFF PUB,DOM AFF,FN AFF,AFF, Book Type: All**

| VF | | PARTYTYPE | NAME | FIRST CROSS PARTY | RECORD DATE | Doc Type | BOOK TYPE | BOOK/PAGE | LEGAL | | #CONSIDERATI | CASE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | From | MANGANELLI MELISA | | 08/05/2022 | AFFIDAVIT | OR | 22158/2525 | LOT 83 WESTCHESTER OF COUNTRYSIDE | 2022239848 | $0.00 | 12012471 CI |

Filing # 155744763 E-Filed 08/19/2022 05:30:05 PM

2022239848 HELP

Auto-Load Images

Search Results

| | |
|---|---|
| Record Date: | 8/5/2022 |
| Book Type: | OR - Official Records |
| Book / Page: | 22158/2525 |
| Instrument #: | 2022239848 |
| Secondary #: | |
| Number of Pages: | 120 |
| Doc Type: | AFF - AFFIDAVIT |
| Grantor: | AMERICAN MORTGAGE INVESTMENT PARTNERS MANAGEMENT LLC<br>CHRISTIANA TRUST COMPANY<br>CHRISTIANA TRUST TRUSTEE<br>LAW OFFICES OF MANDEL MANGANELLI AND LEIDER P A<br>MANGANELLI MELISA<br>PRIDGEN IRENE<br>RESIDENTIAL CREDIT OPPORTUNITEIS VII A<br>RESIDENTIAL CREDIT OPPORTUNITES TRUST III<br>RESIDENTIAL CREDIT OPPORTUNITIES III LLC<br>RESIDENTIAL CREDIT OPPORTUNITIES TRUST III INC<br>RESIDENTIAL CREDIT OPPORTUNITIES TRUST VII A<br>RESIDENTIAL CREDIT OPPORTUNITIES TRUST VII A INC<br>RESIDENTIAL CREDIT OPPORTUNITIES VII A LLC<br>STRONG ANDREW<br>WILMINGTON SAVINGS FUND SOCIETY FSB<br>WILMINGTON SAVINGS FUND SOCIETY FSB TRUSTEE |
| Legal Description: | LOT 83<br>WESTCHESTER OF COUNTRYSIDE |
| CASENUMBER: | 12012471CI |

# EXHIBIT B

I#: 2021187078 BK: 21569 PG: 394, 06/07/2021 at 08:23 AM, RECORDING 1 KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: CLKPR14

# IN THE CIRCUIT/COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT IN AND FOR PINELLAS COUNTY, FLORIDA

UCN: 522017CA003967XXCICI REF: 17-003967-CI

Doc Stamps Assessed: $4,849.60
PAID

WILMINGTON SAVINGS FUND SOCIETY FSB
Vs.
CHRISTOPHER C STRONG, et al

## CERTIFICATE OF TITLE

The undersigned Clerk of the Circuit Court certifies that he executed and filed a Certificate of Sale in this action on April 28, 2021, for the property described herein and that an Objection to the sale was filed by the defendant on May 06, 2021. After consideration from the Court, an Order directing the Clerk to issue title was entered on June 03, 2021.

The following property in Pinellas County, Florida:

Lot 83, of WESTCHESTER OF COUNTRYSIDE, according to the Plat thereof, as recorded in Plat Book 70, Page 44, of the Public Records of Pinellas County, Florida.

Property Address: 2730 Westchester Drive North, Clearwater, Florida 33761

was sold to: EARL S. ANDERSON, AN UNMARRIED MAN

whose address is 5379 S CATHAY CT
CENTENNIAL, CO 80015

WITNESS my hand and the seal of this Court on this the 4th day of June, 2021.

CIRCUIT COURT SIXTH CIRCUIT PINELLAS COUNTY, FLORIDA

KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT
& COMPTROLLER

CTOT

# EXHIBIT ~~G~~ C




6 bd | 5 ba | 5,208 sqft

2730 Westchester Dr N, Clearwater, FL 33761

**Sold**

**: $1,100,000** | Sold on 10/25/22 | Zestimate®: **$1,390,800**

**Est. refi payment:** $6,777/mo  **Refinance your loan**

Home value | Owner tools | Home details | Neighborhood details

## Get a cash offer in 3 minutes

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value** **$1,390,800**

What is this number?

Unlock your offer

## Home value

## Cross Property 360 Property View

# 2730 WESTCHESTER DRIVE N, CLEARWATER, Florida 33761

Listing

**U8163347 2730 WESTCHESTER DR N, CLEARWATER, FL 33761**



**County:** Pinellas
**Status:** Canceled (WDN-U)
**On Market Date:** 05/20/2022
**Subdiv:** WESTCHESTER OF COUNTRYSIDE
**List Price:** $1,149,000
**Beds:** 6
**Year Built:** 2007
**Baths:** 5/0
**Special Sale:** None
**Pool:** Private
**ADOM:** 57
**Property Style:** Single Family Residence
**CDOM:** 57
**Lot Features:** In City Limits, In County, Near Golf Course, Street Paved
**Total Acreage:** 1/4 to less than 1/2
**Pets:**
**Minimum Lease Period:** 1 Month
**Max Times per Yr:**
**Garage:** Yes **Attch:** Yes **Spcs:** 3
**Carport:** No **Spcs:**
**Garage/Parking Features:** Circular Drive, Driveway, Garage Door Opener
**LP/SqFt:** $220.62
**Heated Area:**5,208 SqFt / 484 SqM
**Total Area:** 6,719 SqFt / 624 SqM
**New Construction:** No
**Total Annual Assoc Fees:** $0.00
**Average Monthly Fees:** $0.00
**Flood Zone Code:**X

Don't miss this amazing opportunity to own this 6BR, 5BA POOL home with a MOTHER-IN-LAW SUITE with GOLF COURSE VIEWS in the highly desirable Westchester of Countryside neighborhood. The 5,208sf interior of this home features an open floor plan with 12ft ceilings, split floor plan, large living room with fireplace overlooking the pool and golf course. The kitchen features a center island with direct access to the formal dining room. The huge master suite is located on the 1st floor and features a walk-in shower, garden tub and access to the pool area. Upstairs makes a great mother-in law suite with large living area, bedroom and private bathroom. Don't need a mother-in-law suite? This space would be a great game room with a balcony overlooking the pool area along with an additional bedroom and bathroom. This home is absolutely perfect for families and entertaining. The location cannot be beat. Just a short distance from shopping, entertainment, dining and the beaches. This home does not require flood insurance and has no HOA fees. Don't wait to see this home.

### Land, Site, and Tax Information

**Legal Desc:** WESTCHESTER OF COUNTRYSIDE LOT 83
**SE/TP/RG:** 20-28-16
**Zoning:**
**Subdivision #:** 96273
**Future Land Use:**
**Block/Parcel:** 000
**Tax ID:** 20-28-16-96273-000-0830
**Zoning Comp:**
**Front Exposure:** West
**Taxes:** $14,226
**Tax Year:** 2021
**Lot #:** 0830
**Homestead:** No
**AG Exemption YN:**
**Other Exemptions:**
**CDD:** No **Annual CDD Fee:**
**Ownership:** Fee Simple
**Complex/Comm Name:**
**Flood Zone:** X
**Flood Zone Date:** 09/03/2003
**Flood Zone Panel:** 12103C0088G
**Floors in Unit/Home:** Two
**Floor #:**
**Planned Unit Dev:**
**Book/Page:** 70-44
**Census Block:**
**Census Tract:** 268.11
**Total # of Floors:**
**Bldg Name/#:**
**Land Lease Fee:**
**Total Units:**
**Lot Dimensions:** 03x147
**Lot Size Acres:** 0.33
**Lot Size:** 14,257 SqFt / 1,325 SqM

### Interior Information

**A/C:** Central Air
**Heat/Fuel:** Central
**Utilities:** BB/HS Internet Available, Cable Connected, Electricity Connected, Public, Sewer Connected, Street Lights, Water Connected
**Sewer:** Public Sewer
**Water:** Public
**Fireplace:** Yes-Decorative
**Heated Area Source:** Public Records

**Appliances Incl:** Built-In Oven, Cooktop, Dishwasher, Microwave, Refrigerator
**Flooring Covering:** Carpet, Engineered Hardwood, Tile, Travertine
**Interior Feat:** Crown Molding, High Ceiling(s), Kitchen/Family Room Combo, Living Room/Dining Room Combo, Master Bedroom Main Floor, Open Floorplan, Solid Surface Counters, Thermostat, Walk-In Closet(s)

| Room Type | Level | Approx Dim | Flooring | Features |
|---|---|---|---|---|
| Kitchen | First | 13x14 | | |
| Living Room | First | 15x16 | | |
| Master Bedroom | First | 14x14 | | |

### Exterior Information

**Ext Construction:** Block
**Roof:** Tile
**Garage Dim:**
**Property Description:**
**Architectural Style:**
**Ext Features:** Balcony, Fenced, Irrigation System, Lighting, Sliding Doors
**Pool:** Private
**Pool Dimensions:**
**Spa:** Yes-In Ground
**Pool Features:** In Ground
**Patio And Porch Features:**

**Foundation:** Slab
**Garage/Parking Features:** Circular Drive, Driveway, Garage Door Opener
**Road Surface Type:** Asphalt, Paved
**Horse Amenities:** **Fencing:** Other

**Green Features**

**Disaster Mitigation:** **Green Water Features:**

**Community Information**

**HOA Pmt Sched:** **Mo Maint$(add HOA):**
**Condo Fee:** **Other Fee:** **Housing for Older Per:** No
**Association Approval Required:** No **Years of Ownership Prior to Leasing Required:** No
**Lease Restrictions:** Yes
**Additional Lease Restrictions:** See City/County for more details.

**Realtor Information**

**List Agent:** Carrie Pattridge **List Agent ID:** 260035430 **List Agent Direct:** 727-282-9284
**List Agent E-mail:** CARRIE.PATTRIDGE@GMAIL.COM **List Agent Fax:** 727-214-1214 **List Agent Cell:** 727-282-9284
**Call Center #:**
**List Office:** SAND KEY REALTY **List Office ID:** 260000657
**Original Price:** $1,399,000 **List Office Fax:** 727-214-1214 **List Office Phone:** 727-443-0032
**On Market Date:** 05/20/2022 **LP/SqFt:** $220.62
**Previous Price:** $1,249,000 **Price Change:** 06/12/2022 **Expiration Date:**
**Representation:** Seller Represented **Listing Service Type:** Full Service
**Occupant Type:** Tenant
**Owner:** EARL S ANDERSEN **Owner Phone:**
**Financing Avail:** Cash, Conventional **Listing Type:** Exclusive Right To Sell
**Withdrawn Unconditional:** 08/24/2022 **Off-Market:** 07/25/2022
**Dual Variable Compensation:** Yes
**Single Agent:** 2.5%-$350 **Non-Rep:** $0 **Trans Broker:** 2.5%-$350
**Realtor Info:** As-Is, Brochure Available, Sign
**Confidential Info:**
**Showing Instructions:**
**Driving Directions:** From Gulf to Bay to N on Belcher Rd and continue until it turns into Countryside Blvd to E on Westchester Dr N. to address.
**Realtor Remarks:** New carpeting and engineered hardwood flooring in several rooms. Floor plan variations: 4 Bedrooms, 2 Nice Sized Offices w/Closets downstairs, Large Mother-in-law suite upstairs (large living area, bedroom and full size bathroom) or Large Teen Game Room w bedroom/bathroom.

**Seller's Preferred Closing Agent**

**Closing Agent Name:** **Phone:**
**Email:** **Fax:**
**Address:** , Florida
**Closing Company Name:**

All content displayed within this website is deemed reliable, but not guaranteed. Website users are advised to verify all information with their real estate representative. Copyright© My Florida Regional MLS DBA Stellar MLS. **Digital Millenium Copyright Act Take Down Notice**

**Accessibility Issues?**

We want this website to be accessible to everyone. If you experience any accessibility problems using the website, please contact our ADA support hotline at **844-209-0134** to report the issue and for assistance getting the information you need.

# Exhibit "D"

# St. Petersburg Police Department
## Incident/Investigation Report

Case Number: 2023-006473

Report Type: IDENTITY THEFT

## Related Name Relationships

| | | | | |
|---|---|---|---|---|
| PRIDGEN, IRENE JOHNSON | is | Acquaintance | to | [redacted] |

## Incident Report Narrative

*** The following Report was taken in the Telephonic Reporting Unit (TRU) over the phone; as such, I have no direct testimony. ***

SYNOPSIS

This is a late reported Identity Theft. The victim advised an attorney she has for a case put her name on a deed for a residence that was just recently sold. The victim has nothing to do with the property and does not know why her attorney put her name on it. The attorney has a law firm in Boca Raton. The victim does wish to prosecute.

CRIME SCENE

Unknown at this time.

VICTIMS STATEMENTS

The victim, Irene Pridgen advised she has an attorney for an unrelated case name [redacted] Pridgen advised last year in August she was sent a letter about a property fraud alert from the clerk of the court. Pridgen advised her attorne [redacted] put her name on a deed to a property that was in foreclosure last year. The property is [redacted] Pridgen advised she has no connection to this property and advised it was recently sold for 1.2 million and is worried that her name is on the deed something could happen. Pridgen advised [redacted] has a law firm in Boca Raton. Pridgen advised she has paperwork and would send it. Pridgen advised she wishes to prosecute.

OFFICERS ACTIONS/OBSERVATIONS

On February 17, 2023, I was working in TRU and took a telephonic report in reference to a Identity Theft. I made contact with the victim via phone and obtained her captioned above statements. The victim does wish to prosecute. A link was sent for Evidence.com. At the time of sending in the report I had not received any documents from the victim. I provided a report number. I took no further action in this investigation.

End of report.

## Incident Report Continuation

Gmail

Min. Irene Johnson- Pridgen <irenepridgen@gmail.com>

---

**IdentityTheft.gov Reference Number**

1 message

---

**no-reply@identitytheft.gov** <no-reply@identitytheft.gov>
To: irenepridgen@gmail.com

Fri, Sep 16, 2022 at 4:55 AM

Thank you for reporting identity theft to the FTC.

This is not your temporary password. Your temporary password will come in a separate email.

Your reference number is:

151725978

Keep this for your records.

To view and update your personal recovery plan, log in at IdentityTheft.gov.

Pridgen
6000-25 Way So 33712

U.S. District Court
Middle District of Florida
Tampa, FL

Columbian®—90 Clasp (9x12)